

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2020

No. 04-19-00707-CV

**JUBILEE ACADEMIC CENTER, INC.**,
Appellant

v.

**SCHOOL MODEL SUPPORT, LLC, D/B/A ATHLOS ACADEMIES**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-22759
Honorable Laura Salinas, Judge Presiding

## O R D E R

Appellant's brief in this appeal is past due. Neither the brief nor a motion for extension of time has been filed. We **ORDER** appellant to file, within 10 days of this order, the appellant's brief and a written response reasonably explaining appellant's failure to timely file the brief. If appellant fails to file a brief and the written response by the date ordered, we may dismiss this appeal. *See* TEX. R. APP. P. 38.8(a), 42.3(c).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2020.

_____
Michael A. Cruz,
Clerk of Court